UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>        Plaintiff,<br><br>    v.<br><br>KC PROP, LLC, et al.,<br><br>        Defendants. | 1:18-cv-00274 LJO SKO<br><br>NEW CASE NUMBER:<br><br>**1:18-cv-00274 SKO**<br><br>**ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of Chief United States District Judge Lawrence J. O'Neill, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:18-cv-00274 SKO**

IT IS SO ORDERED.

    Dated:  **June 27, 2018**                  /s/ Lawrence J. O'Neill
                                                          UNITED STATES CHIEF DISTRICT JUDGE