| | |
|---|---|
| LUIS VILLEGAS,<br><br>    Plaintiff,<br><br>  v.<br><br>KC PROP, LLC, et al.,<br><br>    Defendants. | No. 1:18-cv-00274-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT KC PROP, LLC<br><br>(Doc. 28) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

  On December 17, 2018, the parties filed a stipulation of dismissal of Defendant KC Prop, LLC, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 28.)

  In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii), this case has automatically terminated as to Defendant KC Prop, LLC. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendant KC Prop, LLC.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated: **December 17, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE