CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Mary Melton, Esq., SBN 164407
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff


KRISTINA M. LAUNEY (SBN: 221335)
klauney@seyfarth.com
MYRA B. VILLAMOR (SBN: 232912)
mvillamor@seyfarth.com
SEYFARTH SHAW LLP
400 Capital Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 448 0159
Attorney for Defendant
Starbucks Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>           Plaintiff,<br><br>v.<br><br>KC PROP, LLC, a California Limited Liability Company;<br>STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>           Defendants. | Case: 1:18-CV-00274-LJO-SKO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Joint Stipulation for Dismissal                    Case: 1:18-CV-00274-LJO-SKO

1

2 **<u>STIPULATION</u>**

3

4       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

5 between the parties hereto that this action may be dismissed with prejudice

6 as to all parties; each party to bear his/her/its own attorneys' fees and costs.

7 This stipulation is made as the matter has been resolved to the satisfaction of

8 all parties.

9

10 Dated: June 24, 2019        CENTER FOR DISABILITY ACCESS

11

12        By: <u>/s/ Amanda Lockhart Seabock</u>
          Amanda Lockhart Seabock

13           Attorneys for Plaintiff

14

15 Dated: June 24, 2019        SEYFARTH SHAW LLP

16

17        By: <u>/s/ Myra B. Villamor</u>
          Kristina M. Launey

18           Myra B. Villamor
          Attorneys for Defendant

19           Starbucks Corporation

20

21

22

23

24

25

26

27

28

1
2

## <u>SIGNATURE CERTIFICATION</u>

3
4

I hereby certify that the content of this document is acceptable to Myra B.

5

Villamor, counsel for Starbucks Corporation, and that I have obtained Ms.

6

Villamor's authorization to affix her electronic signature to this document.

7
8

Dated: June 24, 2019                    CENTER FOR DISABILITY ACCESS

9

By: <u>/s/ Amanda Lockhart Seabock</u>

10

Amanda Lockhart Seabock
Attorneys for Plaintiff

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation for Dismissal                Case: 1:18-CV-00274-LJO-SKO