1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LUIS VILLEGAS,                          No. 1:18-cv-000274-SKO

12                Plaintiff,

13        v.                                  **ORDER DIRECTING THE CLERK OF
                                              THE COURT TO CLOSE THE CASE**
14   STARBUCKS CORPORATION, a
     Washington Corporation,                  (Doc. 36)
15
                 Defendant.
16

17

18        On June 24, 2019, the parties filed a joint stipulation dismissing the action with prejudice.

19   (Doc. 36.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P.

20   41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been

21   dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close this case.

22

23   IT IS SO ORDERED.

24   Dated:    **June 24, 2019**                    /s/ *Sheila K. Oberto*

25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28